UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PAK,<br><br>    Plaintiff,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case No. 21-cv-05032-JCS<br><br>**ORDER GRANTING STIPULATION TO TRANSFER TO SAN JOSE DIVISION**<br><br>Re: Dkt. No. 5 |

The parties have stipulated to transfer this case from the San Francisco Division to the San Jose Division of this Court pursuant to 28 U.S.C. § 1404(b). Most of the facts at issue occurred in Santa Clara County and several relevant witnesses are located there. The Court finds that "the convenience of parties and witnesses and the interests of justice will be served by transferring the action." *See* Civ. L.R. 3-2(h). The parties' stipulation is therefore GRANTED, and the Clerk is instructed to reassign this case to a judge of the San Jose Division in a manner consistent with the Court's assignment plan.

**IT IS SO ORDERED.**

Dated: July 9, 2021

                                                         JOSEPH C. SPERO
                                                         Chief Magistrate Judge